UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-CIV-82095-Reinhart

ORLANDO FERRERIA,
individually, and on behalf of others similarly situated,

    Plaintiff

v.

WANDERERS CLUB PARTNERS, LLC, and
WANDERERS CLUB HOLDINGS, LLC,

    Defendants
_____/

## ORDER ON JOINT MOTION TO APPROVE SETTLEMENT AGREEMENT AND DISMISSAL WITH PREJUDICE

THIS CAUSE is before the Court upon the parties' Joint Motion to Approve and Stipulation of Dismissal with Prejudice. ECF No. 34.  The Court conducted a telephonic fairness hearing on March 22, 2021.  Pursuant to the Settlement Agreement reached between the parties, and reviewed by the Court *in camera*, it is ORDERED AND ADJUDGED that:

1. After careful consideration of the settlement agreement, the Court finds that it represents a fair and reasonable resolution of the parties' bona fide FLSA suit. *Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350, 1353 (11th Cir. 1982).

2. The parties' Joint Motion (ECF No. 34) is **GRANTED**.

3. The parties' settlement is hereby **APPROVED**.

4. This case is **DISMISSED WITH PREJUDICE**, with the Court retaining jurisdiction to enforce the parties' settlement agreement.

5. Any and all pending motions are hereby **DENIED AS MOOT**; the Clerk of Court shall **CLOSE THIS CASE**.

DONE AND ORDERED, in Chambers, at West Palm Beach, Palm Beach County, Florida, this 22nd day of March, 2021.

_____
BRUCE E. REINHART
MAGISTRATE JUDGE

cc: All counsel of record